# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| BARTHOLOMEW GRANGER, | § § | |
| Petitioner | § § | No. 1:17-cv-00291-RC |
| v. | § § | THIS IS A CAPITAL CASE |
| LORIE DAVIS, Director<br>Texas Department of Criminal Justice<br>Correctional Institutions Division, | § § § § | |
| Respondent | § § | |

## PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OVER-LENGTH AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, Bartholomew Granger, through undersigned counsel, respectfully moves for leave to file an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in excess of the page limit established by the Local Rules of the Eastern District of Texas, Rule CV-3(b). The State does oppose this motion. In support thereof, Mr. Granger states the following:

On May 14, 2018, this Court granted the parties leave to file an Initial Petition and Answer up to 150 pages in length. *See* ECF. No. 13. Petitioner's Initial Petition for Writ of Habeas Corpus was 147 pages in length. See ECF. No. 11.

Petitioner now seeks leave from this Court to file an Amended Petition for Writ of Habeas Corpus 155 pages in length. Thus, Petitioner respectfully requests an extension of five (5) pages.

Since filing Petitioner's Initial Petition, undersigned counsel has developed additional facts and briefing in support of Petitioner's federal petition. This enlargement of the page limit is necessary in order to fully inform the Court of the merits of Petitioner's claims for relief.

Undersigned counsel has discussed this request with counsel for Respondents, who have indicated they are not opposed.

WHEREFORE, Mr. Granger respectfully requests that this Court grant him permission to file an over-length Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 that will not exceed one hundred fifty (155) pages in length.

Respectfully submitted,


/s/ Peter Walker
PETER WALKER
Asst. Federal Defender
Federal Community Defender for the
Eastern District of Pennsylvania
Curtis Center – Suite 545 West
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520
Peter_Walker@fd.org
TX Bar #24075445
PA State Bar #315693


Dated: December 17, 2018

# CERTIFICATE OF CONFERENCE

      I hereby certify that I have conferred with counsel for Respondent, Assistant Attorney General Gwendolyn S. Vindell, who indicated she does not oppose this motion.

                                         /s/ Peter Walker
                                          Peter Walker

Dated: December 17, 2018

# CERTIFICATE OF SERVICE

      I, Peter Walker, hereby certify that on this 17th day of December 2018, I served the foregoing on the following person via the Electronic Case Filing System:

                Gwendolyn S. Vindell
                Assistant Attorney General
                Office of the Attorney General
                Criminal Appeals Division
                P.O. Box 12548, Capitol Station
                Austin, Texas 78711-2548

                                         /s/ Peter Walker
                                         Peter Walker

Dated: December 17, 2018