IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BARTHOLOMEW GRANGER, #999579, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:17-cv-291 |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| *Respondent.* | § | |

## ORDER

Pending before the Court is Respondent's Unopposed Motion for an Extension of Time to Respond to Petitioner's Federal Habeas Petition (Dkt. #31). Her motion was filed on August 26, 2019. Her response to the petition was due on August 30, 2019. In support of the motion, she cites a heavy case load, including responding to last minute litigation raised in a scheduled execution that was carried out on September 4, 2019. She asks that the deadline for filing her response be extended to November 28, 2019. The request for additional time is reasonable. It is therefore

**ORDERED** that Respondent's Unopposed Motion for an Extension of Time to Respond to Petitioner's Federal Habeas Petition (Dkt. #31) is **GRANTED** and the response to the petition is due on November 28, 2019.

**So Ordered and Signed**
**Sep 30, 2019**

Ron Clark, Senior District Judge