IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BARTHOLOMEW GRANGER, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:17-CV-291 |
| | § | |
| LORIE DAVIS, Director, | § | (Death Penalty Case) |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions | § | |
| Division, | § | |
| Respondent. | § | |

**JOINT MOTION FOR PROPOSED SCHEDULING ORDER**

This is a habeas corpus case brought by Bartholomew Granger, a Texas inmate sentenced to death, under 28 U.S.C. § 2254. On December 17, 2018, petitioner filed his amended petition for writ of habeas corpus. ECF No. 20. On February 13, 2019, petitioner filed a motion to stay and hold in abeyance his federal proceedings so that he could return to state court exhaust his previously unexhausted claims. ECF No. 22. On September 23, 2019, this Court granted petitioner's motion for a stay and abeyance. ECF No. 34. On March 23, 2020, petitioner filed in this Court a status report and advisory that the Texas Court of Criminal Appeals dismissed his subsequent state application for writ of habeas corpus on February 26, 2020. ECF No. 38. Thus, counsel for the Petitioner and Respondent respectfully request this Court lift the current stay, return this case to the active docket, and enter an order setting the schedule as follows:

1. Petitioner shall file a Second Amended Petition for Writ of Habeas Corpus within sixty days of the entry of this Scheduling Order.[1]

2. Respondent shall file an answer within sixty days of the filing of the Second Amended Petition.

3. Petitioner, if he then chooses, shall file a reply brief within thirty days after the Respondent files her answer.

Respondent's agreement to this Joint Proposed Order is neither an explicit nor implicit waiver of any defense, nor is it an agreement that the present petition is filed within the applicable limitations period, that any evidence attached to the present petition is or will be properly before the Court, and/or that the present petition is or will not be second or successive. Respondent reserves the right to raise any defense or argument, including but not limited to those described in Rule 5 of the Rules Governing Section 2254 Cases, or those found in 28 U.S.C. §§ 2241, 2244, 2254, with respect to the present petition and any claim and/or evidence attached or raised therein.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    JEFFREY C. MATEER
    First Assistant Attorney General

    MARK PENLEY
    Deputy Attorney General for
    Criminal Justice

---

[1] Petitioner does not seek leave to file new claims or extend his one-year statute of limitations under 28 U.SC. § 2244(d) by filing an Amended Petition.

                              EDWARD L. MARSHALL
                              Chief, Criminal Appeals Division

                              /s/ Gwendolyn S. Vindell
                              GWENDOLYN S. VINDELL*
*Lead Counsel                 Assistant Attorney General
                              State Bar No. 24088591
                              P. O. Box 12548, Capitol Station
                              Austin, Texas 78711
                              (512) 936-1400
                              (512) 936-1280 (Facsimile)

                              *Counsel for Respondent*

                              /s/ Peter Walker
                              PETER WALKER
                              Assistant Federal Defender
                              Federal Community Defender for the
                              Eastern District of Pennsylvania
                              Curtis Center – Suite 545 West
                              601 Walnut Street
                              Philadelphia, PA 19106
                              (215) 928-0520
                              Peter_Walker@fd.org
                              TX Bar No. 24075445
                              PA Bar No. 315693

                              *Counsel for Petitioner*

## CERTIFICATE OF SERVICE

We do hereby certify that on March 27, 2020, the forgoing pleading was electronically filed with the Clerk of the Court for the United States District Court, Eastern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the counsels of record listed above, who consented in writing to accept the Notice as service of this document by electronic means:

/s/ Gwendolyn S. Vindell
GWENDOLYN S. VINDELL
Assistant Attorney General

/s/ Peter Walker
PETER WALKER
Assistant Federal Defender