IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BARTHOLOMEW GRANGER, <br>     Petitioner, <br> <br> v. <br> <br> LORIE DAVIS, Director, <br> Texas Department of Criminal <br> Justice, Correctional Institutions <br> Division, <br>     Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 1:17-CV-291 <br> <br> (Death Penalty Case) |

## SCHEDULING ORDER

The Joint Motion for Proposed Scheduling Order (Dkt. No. \_\_\_\_) is hereby GRANTED. It is hereby

ORDERED that the current stay is lifted and this case now active. It is further

ORDERED that Petitioner will file his Second Amended Petition within sixty days of the entry of this order. It is further

ORDERED that Respondent will file her answer within sixty days of the filing of petitioner's Second Amended Petition. It is finally

ORDERED that Petitioner, if he so wishes, will file a reply brief within thirty days after Respondent files her answer.

It is so ORDERED.