IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BARTHOLOMEW GRANGER, | § | |
| v. | § | CIVIL ACTION NO. 1:17cv291 |
| DIRECTOR, TDCJ-CID, | § | |

O R D E R

Before the Court is the Petitioner's unopposed third motion for leave to file an over-length second amended petition for writ of habeas corpus. (Dkt. #43). Petitioner moves the Court for leave to file a second amended petition for a writ of habeas corpus that is 65 pages above the presumptive limit contained in Local Rule CV-3. In light of the procedural history of the case, the request is reasonable. The parties are placed on notice that the second amended petition (Dkt. #44) is the operative petition in this case that replaces the original petition and amended petition previously filed in this case. The Director is reminded that his response is due no later than October 28, 2020. The Petitioner's reply is due no later than November 30, 2020. It is accordingly

**ORDERED** that the Petitioner's unopposed motion for leave to file excess pages (Dkt #43) is **GRANTED**.

**SIGNED this the 31st day of August, 2020.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE